Form B-1037 (Rev. 8/98)                                                                             1998 USBC, Central District of California

**Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number**
Steven F. Werth, Esq. (Cal. Bar No. 205434)
Greenspoon Marder LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 213.617.5210   Fax: 954.771.9264
Email: steven.werth@gmlaw.com

Attorney for: Howard M. Ehrenberg, Chapter 7 Trustee

**FOR COURT USE ONLY**

FILED
AUG 29 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re
626 Hospice, Inc.

Debtor.

CASE NO.: 2:22-bk-12904-SK

ADVERSARY NO.: 2:24-ap-01101-SK

Howard M. Ehrenberg, Chapter 7 Trustee

Plaintiff(s)

vs.

Gladwin Gill, an individual; A&P Healthcare, LLC, a California limited liability company; California Hospice Management Group, Ltd., a California corporation; National Hospice Management Group, Inc., a California corporation; and Seraphim Beverly Hills, Inc., a California corporation,

Defendant(s).

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF CALIFORNIA, COUNTY OF Los Angeles

I, Steven F. Werth _____ hereby state under penalty of perjury that,

1. Judgment for $ 1,793,028.10 _____ was entered on August 27, 2024 _____
                                                                                                                          (date)

   in the docket of the above-entitled action in favor of:

   Howard M. Ehrenberg, Chapter 7 Trustee
   as Judgment Creditor, and against

   Gladwin Gilll
   as Judgment Debtor

   **(If registered Judgment, fill in below)**

   Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case No. 2:24-ap-01101-SK _____ in the United States Bankruptcy Court, Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment are the following sums:

   $ 0.00 _____ accrued interest, computed at _____ %
                                                                                                                                            (see note)

(Page 1 of 2)

**Form B-1037 (Rev. 8/98)**                                                                                   **1998 USBC, Central District of California**

$ <u>0.00                                                       </u> accrued costs

*(Page 1 of 2)*

Form B-1037 (Rev. 8/98)                                                                                   1998 USBC, Central District of California

| In re:<br>626 Hospice, Inc.<br>Howard M. Ehrenberg v. Gladwin Gill, et al.,<br>Debtor. | CASE NO.: 2:22-bk-12904-SK<br>ADVERSARY NO.: 2:24-ap-01101-SK |
|---|---|

Credit must be given for payments and partial satisfaction in the amount of $ 0.00_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles_____, State of California, this 28th_____

day of August,_____ 2024._____
                                                   (year)

_____
Signature
Steven F. Werth, Esq.
Greenspoon Marder LLP
Counsel for Howard M. Ehrenberg, Chapter 7 Trustee

**NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.**